NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED THERAPEUTICS CORPORATION,**
*Appellant*

**v.**

**STEADYMED LTD.,**
*Appellee*

---

2017-2121

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00006.

---

## JUDGMENT

---

STEPHEN MAEBIUS, Foley & Lardner LLP, Washington, DC, argued for appellant. Also represented by GEORGE ELLSWORTH QUILLIN; DOUGLAS H. CARSTEN, Wilson, Sonsini, Goodrich & Rosati, PC, San Diego, CA; ROBERT DELAFIELD, Austin, TX; SHAUN R. SNADER, United Therapeutics Corporation, Washington, DC.

STUART ERIC POLLACK, DLA Piper US LLP, New York, NY, argued for appellee. Also represented by LISA ANNE HAILE, STANLEY JOSEPH PANIKOWSKI, III, San Diego, CA.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 14, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |